UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

RODNEY E. ROBERTS, )
 )
    Plaintiff(s), )
 )
vs. ) Case No. 2:05CV80 JCH
 ) (DDN)
MICHAEL J. ASTRUE[1], )
Commissioner of Social Security, )
 )
    Defendant(s). )

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner.

Dated this 13th day of March, 2007.

                                                        /s/ Jean C. Hamilton
                                                        UNITED STATES DISTRICT JUDGE

---

[1] In accordance with the Order entered this day, Michael J. Astrue has been substituted for Former Commissioner Jo Anne B. Barnhart, as proper party defendant in this cause.