UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| RODNEY E. ROBERTS, ) </br> ) </br> Plaintiff(s), ) </br> ) </br> vs. ) </br> ) </br> MICHAEL J. ASTRUE, ) </br> COMMISSIONER OF SOCIAL SECURITY, ) </br> ) </br> Defendant(s). ) | Case No. 2:05CV80 JCH |

## **ORDER**

This matter is before the Court upon Plaintiff's Motion for Attorney Fees under the Social Security Act, filed February 1, 2008. (Doc. No. 28). In his motion, Plaintiff requests an award of attorney fees in the amount of $3,000.00, pursuant to 42 U.S.C. § 406(b). Defendant has no specific objection to Plaintiff's request. (Doc. No. 29, P. 3). Upon consideration, the Court finds Plaintiff's fee request to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney Fees under the Social Security Act (Doc. No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay § 406(b) attorney fees in the amount of $3,000.00, and that the award shall be made payable to Karen Kraus Bill, Plaintiff's attorney.

Dated this 15th day of February, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE